# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 33 EAL 2015
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
DONTE RAPLEY, :
:
           Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.